UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,　　　　　　　　No. 2:11-cv-00203-MCE-KJN
　　　　　　　　　　　　　　　　　　No. 2:11-cv-01045-KJM-DAD
　　　　Plaintiff,　　　　　　　　　No. 2:11-cv-01196-KJM-JFM
　　　　　　　　　　　　　　　　　　No. 2:11-cv-01046-FCD-FJM
　　v.
　　　　　　　　　　　　　　　　　**NON RELATED CASE ORDER**
HACIENDA OAKS LTD.,

　　　　Defendant.
_____/

　　　The court has received the Notice of Related Cases concerning the above cases filed July 8, 2011.  See Local Rule 123, E.D. Cal. (1997).  The court has determined, however, that it is inappropriate to relate or reassign the cases, and therefore declines to do so.  This order is issued for informational purposes only, and shall have no effect on the status of the cases, including any previous Related (or Non-Related) Case Order of this Court.

　　　IT IS SO ORDERED.

Dated: July 19, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1